

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the matter of the Estate of
Mildred L. Ethridge, deceased,

\* From the County Court at Law
 of Midland County
 Trial Court No. P10778.

No. 11-17-00291-CV

\* October 31, 2019

\* Opinion by Stretcher, J.
 (Panel consists of: Bailey, C.J.,
 Stretcher, J., and Wright, S.C.J., sitting
 by assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Fred D. Davis Jr.